UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| George Stokes | ) | Case No: 19-08671 |
| | ) | |
| Debtor | ) | Hon. Donald R. Cassling |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, September 10, 2019 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in **Room 619** at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Trustee's Motion to Dismiss Per Rule 2002-1,** a true and correct copy of which is hereby served upon you.

Respectfully submitted,

By: /s/Miriam R. Stein
Miriam R. Stein, not individually but solely as the Chapter 7 Trustee

30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 855-6109
mstein@chuhak.com

## CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, certify that I served the foregoing by sending a copy of it to those persons identified below through the Court's ECF Filing System or as otherwise indicated below on August 8, 2019.

By: /s/ Miriam R. Stein

4831-9429-1098.1.23262.51001

# SERVICE LIST

George A. Stokes
Case No. 19-08671

**VIA ECF**

Patrick S Layng                             ustpregion11.es.ecf@usdoj.gov

David M. Siegel                             davidsiegelbk@gmail.com

**VIA U. S. MAIL**
George A. Stokes
2539 N. Linder, Apt 2A
Chicago, IL 60639

- 2 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| George Stokes | ) | Case No: 19-08671 |
| | ) | |
| Debtor | ) | Hon. Donald R. Cassling |

**TRUSTEE'S MOTION TO DISMISS PER RULE 2002-1**

NOW COMES Miriam R. Stein, not individually but solely as the duly appointed and acting trustee and moves to dismiss the above captioned case on the following grounds:

The Debtor filed this case on March 27, 2019 as a Case under Chapter 7 of the Bankruptcy Code.

1. The Debtor was unable to attend his initial meeting of creditors on May 23, 2019 and requested a continued meeting of creditors.

2. The Trustee continued the meeting of creditors to June 13, 2019. The Debtor again failed to attend the continued meeting of creditors.

3. The Trustee filed a motion to dismiss the Debtor's bankruptcy case. Thereafter, the Debtor requested another meeting date and agreed to file a motion to extend the time to object to the Debtor's discharge.

4. On July 2, 2019, the Court entered an Order extending the time to object to the Debtor's discharge to and including September 20, 2019.

5. The Trustee withdrew her first motion to dismiss and continued the Debtor's 341 meeting to July 18, 2019 at 11:30 a.m.

4831-9429-1098.1.23262.51001

6. The Debtor failed to attend the second continued 341 meeting on July 18, 2019 and also failed to attend a meeting on July 31, 2019 when the Trustee was also sitting for meetings.

7. Failure to attend a Section 341 Meeting of Creditors is a violation of the Debtor's duties under the Code, delays or prevents the effective administration of the case and is prejudicial to creditors.

8. Failure to attend the Section 341 Creditor Meeting is cause for dismissal pursuant to 11 U.S.C. Section 707(a).

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Dismissing this case; and

B. Granting the Trustee such other relief as this Court deems appropriate, including an extension of time to object to the Debtor's discharge if needed.

Respectfully submitted,

Date:    August 8, 2019

/s/ Miriam R. Stein
Miriam R. Stein, not individually but solely as the Chapter 7 Trustee

30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 855-6109
mstein@chuhak.com